252622

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** (01-1681) MJD/SRN ~~EM 01-013779~~ **Case Title:** Keys, Clarice vs. Alterra Healthcare Corporation Inc.

**Affidavit of Movant**

I, Robert Kinney Shelquist, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Mitchell Wayne Quick, an attorney admitted to practice in the Eastern District of Wisconsin, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Alterra Healthcare Corp. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 21310X MN Attorney License # — 9-27-01 Date

**Affidavit of Proposed Admittee**

I, Mitchell Wayne Quick, am currently a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Mitchell Wayne Quick — Type/Print Name
[signature] Mitchell W. Quick — Signature
9/25/01 — Date

Attorney License Number: 1001493

Law Firm Name & Address: Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202

Telephone: (414) 271-6560

Motion Granted: [signature] Richard D. Sletten /lj
For the Court: Richard D. Sletten, Clerk

SEP 28 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________