**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **CLARICE KEYS,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 01-1681** |
| **MJD/SRN** | | |
| **ALTERRA HEALTHCARE CORPORATION** | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION AND ORDER TO DISMISS

The Plaintiff, Clarice Keys, by her attorneys, Laurie & Laurie, P.A., by Ian Laurie; and Defendant, Alterra Healthcare Corporation, by its attorneys Lockridge Grindal Nauen P.L.L.P., by Robert K. Shelquist, do hereby stipulate that this action, and all claims herein, be dismissed with prejudice and without attorneys' fees and/or costs to either party.

Laurie & Laurie, P.A.
Attorneys for Clarice Keys

By: ______________________ Dated: 10/23/01
Ian Laurie

Lockridge Grindal Nauen P.L.L.P.
Attorneys for Alterra Healthcare Corporation

By: ______________________ Dated: 10-23-01
Robert K. Shelquist

**ORDER**

OCT 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Pursuant to the above-referenced Stipulation between the parties in this matter;

IT IS HEREBY ORDERED that this action, and all claims herein, are hereby dismissed with prejudice and without attorneys' fees and/or costs to either party.

Dated this 29th day of Oct, 2001.

BY THE COURT:

Judge Michael J. Davis
United States District Court
District of Minnesota

Copies to:

Amy D. Katarincic, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108

Robert K. Shelquist
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Minneapolis, MN 55401-2179

Ian Laurie
Laurie & Laurie, P.A.
1660 South Highway 100
508 East Parkdale Plaza Building
St. Louis Park, MN 55416-1534